**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**

|  |  |
|---|---|
| LOU ANN LANDEL and ALVIN L. LEWIS JR., on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OLIN CORPORATION, THE PENSION AND CEOP ADMINISTRATIVE COMMITTEE; and JOHN/JANE DOES 1–10,<br><br>Defendants. | **Civil Action No.: 4:25-cv-00096-JAR** |

**MOTION FOR WITHDRAWAL OF COUNSEL**

The undersigned respectfully moves this Court for an order withdrawing Kimberly Dodson's appearance as attorney of record for the Plaintiffs with respect to the above captioned action. Ms. Dodson is no longer employed with Siri & Glimstad LLP. The undersigned attorney, as well as Michael D. Pospisil, will continue as counsel for Plaintiffs and are familiar with this matter, the posture of the case, and its current status.

Dated: August 11, 2025

Respectfully submitted,

**SIRI & GLIMSTAD LLP**

/s/ Oren Faircloth
Oren Faircloth #438105 (CT)
745 Fifth Avenue, Suite 500
New York, NY 10151
Tel: (929) 677-5181
Fax: (646) 417-5967
Email: ofaircloth@sirillp.com

**POSPISIL SWIFT, LLC**
Michael D. Pospisil #49139 (MO)
1600 Genessee St., Ste. 340
Kansas City, MO 64102
Tel: (816) 895-6440
Fax: (816) 895-9161
Email: mdp@pslawke.com

*Attorneys for Plaintiffs and the Proposed Class*